Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:

HELEN RUTH HUFFMAN

CASE NO: 09-70070-HDH-13
HEARING DATE: 11/18/2009
HEARING TIME: 11:00 AM

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2006-08 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s). No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 012 0 U | DIVERSIFIED ADJUSTMENTS | $267.00 | 016 0 U | SURGICAL CARE AFFILIATES | $88.94 |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 007 0 * | CAPITAL ONE AUTO FINANCE | 05 CHEVY COBALT | $9,692.93 | $7,800.00 | 10.00% | 36 | $324.75 PAID BY TRUSTEE |
| | Extended term from 30 to 36 months to prevent increase to debtor's plan payment. See modification below. | | | | | | |
| 008 0 | BURKBURNETT ISD | 09 PROPERTY TAXES - HOMESTEAD | $562.00 | $10,916.80 | | | PD DIRECT BY DEBTOR |
| 009 0 | DAVID G NEWTON | HOMESTEAD | $0.00 | $42,844.00 | | | PD DIRECT BY DEBTOR |
| 023 0 * | WICHITA COUNTY | 09 PROPERTY TAXES | $431.00 | $10,916.80 | | | PD DIRECT BY DEBTOR |
| | Not provided for in confirmed plan. See modification below. | | | | | | |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 007 1 U | CAPITAL ONE AUTO FINANCE | $1,892.93 | 010 0 U | PRA RECEIVABLES MANAGEMENT | $1,067.40 |
| | *SPLIT CLAIM/05 CHEVY COBALT* | | | *PURCHASES/CITIBANK* | |
| 011 0 U | CITIBANK SOUTH DAKOTA NA | $11,879.97 | 014 0 U | ROUNDUP FUNDING LLC | $585.02 |
| | *PURCHASES* | | | *PURCHASES/JC PENNEY* | |
| 015 0 U | SALLIE MAE ECFC | $23,840.29 | 017 0 U | PRA RECEIVABLES MANAGEMENT | $5,661.09 |
| | *STUDENT LOAN* | | | *PURCHASES/WASHINGTON MUT* | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed

only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## **TRUSTEE'S PLAN MODIFICATION**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2006-08 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

The secured claim filed by Wichita County in the amount of $431 shall be valued at $10,916.80 and paid direct.

All creditors shall be treated over a 36 month term.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 11/18/2009 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO: US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 08:30 AM. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2006-08 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   10/1/2009                                         /s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

```
ASCENSION CAPITAL GROUP ATTN CAPITAL ONE DEPT PO BOX 201347 ARLINGTON TX 76006
BURKBURNETT ISD PO BOX 608  BURKBURNETT TX 76354
CAPITAL ONE AUTO FINANCE 3901 N DALLAS PKWY  PLANO TX 75093
CAPITAL ONE AUTO FINANCE C/O ASCENSION CAPITAL GROUP PO BOX 201347 ARLINGTON TX 76006
CAPITAL ONE AUTO FINANCE PO BOX 201347  ARLINGTON TX 76006
CHASE BANK USA PO BOX 15145  WILMINGTON DE 19850
CITI ATTN   CENTRALIZED BANKRUPTCY PO BOX 20507 KANSAS CITY MO 64195
CITIBANK NA 1000 TECHNOLOGY DR #MS5  O FALLON MO 63368
CITIBANK SOUTH DAKOTA NA 1000 TECHNOLOGY DR MS 504 O'FALLON MO 63304
CITY OF BURKBURNETT C/O HARLOD LEREW PO BOX 8188 WICHITA FALLS TX 76307
DAVID G NEWTON PO BOX 2328  WICHITA FALLS TX 76307
DIVERSIFIED ADJUSTMENTS 600 COON RAPIDS BLVD NW  COON RAPIDS MN 55433
HELEN RUTH HUFFMAN 201 KIRK ST  BURKBURNETT TX 76354
INTERNAL REVENUE SERVICE PO BOX 21125  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE PO BOX 21126  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE SPECIAL PROCEDURES 1100 COMMERCE ST MC 5027DAL DALLAS TX 75242
JC PENNEY ATTENTION BANKRUPTCY DEPARTMENT PO BOX 103106 ROSWELL GA 30076
JC PENNEY PO BOX 533  DALLAS TX 75221
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
ROUNDUP FUNDING LLC PO BOX 91121 MS 550 SEATTLE WA 98111
SALLIE MAE ECFC C/O SALLIE MAE INC 220 LASLEY AVE WILKES-BARRE PA 18706
SALLIE MAE PO BOX 9500  WILKES-BARRE PA 18773
SURGICAL CARE AFFILIATES PO BOX 713150  SANTEE CA 92072
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE 3RD FLOOR DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WASHINGTON MUTUAL PROVIDIAN ATTN BANKRUPTCY DEPT PO BOX 10467 GREENVILLE SC 29603
WICHITA COUNTY PO BOX 1471  WICHITA FALLS TX 76307
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
```